UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMIR ATHLETIC, LLC                                              CIVIL ACTION

VERSUS                                                          NO. 11-2082

STATE FARM FIRE &                                               SECTION "N" (2)
CASUALTY COMPANY

**ORDER ON MOTION**

APPEARANCES:   None (on the briefs)

MOTION:        Motion of Cynthia Bridges, in her Official Capacity as Secretary of the Louisiana Department of Revenue, to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Record Doc. No. 7

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART. To the extent that movant and plaintiff assert some sort of privilege or confidentiality interest based on state law, any such interest has been waived insofar as it relates to plaintiff Amir Athletic, LLC and its principal, Hafeth Jabbar, by their execution of the authorization statements attached to the subpoena. Nevertheless, the document production requested by the subpoena is overly broad and requests much that appears irrelevant to the claims and defenses in this case, including from persons or entities who are not parties to this case and materials that are not reasonably calculated to lead to the discovery of admissible evidence. Thus, the motion is granted in part and denied in part in that the subpoena is modified as follows:

No later than **October 28, 2011**, the subpoena recipient must produce to defendant, with a copy to plaintiff, all inventories, tax submissions for sales and receipts and inventory tax submissions of plaintiff Amir Athletic, LLC for the time period January 1, 2009 to the present. All reasonable costs (not including attorney's fees) of responding to the subpoena, as modified, including the cost of providing copies of these materials to plaintiff, must be paid by defendant.

In all other respects, including the request for production of materials beyond those described above and concerning persons or entities other than plaintiff Amir Athletic, L.L.C., the motion is granted and the subpoena is quashed.

New Orleans, Louisiana, this \_\_\_12th\_\_\_ day of October, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE